Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd., Ste. 1275
Los Angeles, California 90064
Tel: (310) 312-6800
Fax: (310) 943-2582

Santos Gomez (SBN 172741)
**Law Offices of Santos Gomez**
2901 Park Avenue, Suite B16
Soquel, CA 95073
Tel (831) 471-8780
Fax (831) 471-8774

Attorneys for Plaintiffs
MARCELINA PERALTA and
RIGOBERTO MONJARAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINA PERALTA and RIGOBERTO MONJARAZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT CITRUS COOPERATIVE and DOES 1 through 10,<br><br>Defendants. | Case No. 1:15-CV-00263-TLN-JLT<br><br>**ORDER RE RE FILING OF SECOND AMENDED COMPLAINT** |

Good cause having been shown, it is hereby ordered that:

1) Within 5 days after entry of this Order, Plaintiffs shall file a Second Amended Complaint, in the form attached as Exhibit 1 to the parties' stipulation, that names Wonderful Citrus Packing LLC fka Paramount Citrus Packing Co., LLC ("Wonderful") as the Defendant in place of Paramount Citrus Cooperative ("Paramount") and makes corresponding changes to class definitions and other allegations;

2) Upon the filing of the Second Amended Complaint, the claims against Paramount shall be

dismissed without prejudice;

    3) After the filing of the Second Amended Complaint, upon request from Defendant Wonderful with twenty-one days, the Court will allow the pending motion to dismiss formerly filed with this Court by Defendant Paramount to be refiled with the Court on Wonderful's behalf.

SO ORDERED

Dated:  December 15, 2015

                                    Troy L. Nunley
                                    United States District Judge